1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LUEREAN VAN DE STREEK,              No. C-13-2282 MMC

12              Plaintiffs,               **ORDER DIRECTING PLAINTIFF TO
                                          SUBMIT CHAMBERS COPY OF**
13      v.                                **DOCUMENT IN COMPLIANCE WITH
                                          CIVIL LOCAL RULES AND THE**
14   NATIONAL RAILROAD PASSENGER          **COURT'S STANDING ORDERS**
     CORPORATION,
15
                Defendant.
16
     _____/
17

18        On July 31, 2013, plaintiff electronically filed her First Amended Complaint.  Plaintiff

19   has violated the Civil Local Rules of this District and the Court's Standing Orders, however,

20   by failing "to provide for chambers a paper copy of each document that is electronically filed

21   . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil

22   Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

23        Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the

24   Court's Standing Orders by immediately submitting a chambers copy of the above-

25   referenced document.  Plaintiff is hereby advised that if she fails in the future to comply

26   with the Court's Standing Orders to provide a chambers copy of each electronically-filed

27   document, the Court may impose sanctions, including, but not limited to, striking from the

28   record any electronically-filed document of which a chambers copy has not been timely

**United States District Court**
For the Northern District of California

provided to the Court.

     **IT IS SO ORDERED.**

Dated:  August 9, 2013

_____
MAXINE M. CHESNEY
United States District Judge