1  MORGAN, LEWIS & BOCKIUS LLP
   ROBERT JON HENDRICKS, State Bar No. 179751
2  KATHERINE H. DICK, State Bar No. 273688
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel.:   415.442.1000
4  Fax:    415.442.1001
   rhendricks@morganlewis.com
5  kdick@morganlewis.com

6  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
7  CORPORATION d/b/a AMTRAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUEREAN VAN de STREEK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK, and DOES 1-50<br><br>　　　　　Defendants. | Case No. 3:13-cv-02282-MMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>AND ORDER THEREON |
|---|---|

TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Adelmise Rosemé Warner is withdrawing as counsel for Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK in the above matter as she is no longer affiliated with the law firm of Morgan Lewis & Bockius. It is further requested that Adelmise Rosemé Warner's name be removed from any applicable service list and that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to adelmise.warner@morganlewis.com in the above-captioned case.

Withdrawal of counsel will not cause any prejudice to NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK as they will continue to be represented by the law firm of Morgan Lewis & Bockius LLP and particularly, Robert Jon Hendricks and Katherine Dick.

Dated: January 9, 2014

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Katherine H. Dick
KATHERINE H. DICK

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK

DB1/ 76785426.1

IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: January 10, 2014

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF WITHDRAWAL
CASE NO. 3:13-CV-02282