United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUEREAN VAN DE STREEK,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK,

    Defendant.
                                   /

No. C 13-2282 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS**

       Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Compel, filed January 24, 2014, plaintiff's Motion for Sanctions, filed January 24, 2014, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

       After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

The March 7, 2014 hearing noticed before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated:  January 27, 2014

_____
MAXINE M. CHESNEY
United States District Judge