IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUEREAN VAN DE STREEK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C -13-02282 MMC (EDL)<br><br>**ORDER REGARDING REFERRED MOTIONS** |

　　On January 24, 2014, the District Court referred to this Court Plaintiff's motion to compel and motion for sanctions and ordered the parties to meet and confer and prepare a joint letter of no more than eight pages explaining the dispute. (Dkt. 44.) The Court orders the parties to file this joint letter by February 11, 2014. The Court will notify the parties if additional briefing is necessary. The Court will hold a hearing if necessary on Plaintiff's motions on March 11, 2014, at 9:00 a.m. in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　**IT IS SO ORDERED.**

Dated: 1/28/14

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge