IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUEREAN VAN DE STREEK,<br><br>   Plaintiff,<br><br> v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>   Defendant.<br>_____/ | No. C -13-02282 MMC (EDL)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION** |

On February 6, 2013, Plaintiff moved for an order: (1) requiring Defendant to meet and confer regarding Plaintiff's motion to compel; and (2) adopting Plaintiff's proposed joint letter process. Defendant timely opposed this motion and proposed its own joint letter process. The parties agree that the Court should continue the February 11, 2014 deadline for a joint letter.

The Court grants in part Plaintiff's request. Plaintiff has already provided Defendant with her portion of the letter. The Court therefore orders Defendant to submit its portion of the letter to Plaintiff by February 14, 2014. Plaintiff shall file a joint letter to the Court by February 19, 2014. As this process is meant to reflect the typical motion, opposition, and reply format used for normal motion practice, Plaintiff is permitted to revise her portion of the letter before submitting the letter to the Court. The Court will hold a hearing if necessary on Plaintiff's motion to compel on March 11, 2014, at 9:00 a.m. in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**
Dated: February 12, 2014

                     _____
                     ELIZABETH D. LAPORTE
                     United States Magistrate Judge