1   LAW OFFICES OF MATTHEW J. WITTEMAN
    MATTHEW JOSEPH WITTEMAN (SBN 142472)
2   711 Grand Avenue, Suite 130
    San Rafael, CA 94901
3   Tel:      415.362.3106
    E-mail:   mattjwitt@sbcglobal.net
4
    Attorneys for Plaintiff
5   LUEREAN VAN de STREEK

6

7   MORGAN, LEWIS & BOCKIUS LLP
    ROBERT JON HENDRICKS (SBN 179751)
8   KATHERINE H. DICK (SBN 273688)
    One Market Street, Spear Street Tower
9   San Francisco, CA 94105
    Tel:      415.442.1000
10  Fax:      415.442.1001
    E-mail: rhendricks@morganlewis.com
11  E-mail: kdick@morganlewis.com

12  Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER
13  CORPORATION d/b/a AMTRAK

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18  LUEREAN VAN de STREEK,                Case No. 4:13-CV-02282-MMC

19              Plaintiff,

20        vs.                             **JOINT STIPULATION AND
                                          [PROPOSED] ORDER OF DISMISSAL
21  NATIONAL RAILROAD PASSENGER           OF PLAINTIFF'S NINTH CLAIM FOR
    CORPORATION, dba AMTRAK, and          RELIEF WITH PREJUDICE**
22  DOES 1-50
                                          AND ORDER THEREON
23              Defendants.
                                          **Complaint Filed:** May 20, 2013
24                                        **Trial:** February 9, 2015

25

26

27

28
                                          JOINT STIPULATION OF DISMISSAL OF
                                          PLAINTIFF'S NINTH CLAIM FOR RELIEF
                                 1            WITH PREJUDICE
                                          [FRCP 41(A)(1)(A)(II)]
    DB1/ 78024147.1                          4:13-CV-02282-MMC

1

2
Plaintiff Luerean Van de Streek ("Plaintiff") and Defendant National Railroad Passenger

3
Corporation d/b/a Amtrak ("Defendant") (collectively, the "Parties") hereby stipulate, by and

4
through their respective counsel, as follows:

5
WHEREAS, Plaintiff's Ninth Claim for Relief in Plaintiff's First Amended Complaint

6
("FAC") is a claim for the intentional infliction of emotional distress;

7
WHEREAS, pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(1)(A)(ii),

8
the Parties to this action stipulate to the dismissal of Plaintiff's Ninth Claim for Relief with

9
prejudice, each party to bear their own costs and fees;

10
THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the

11
Parties' respective counsel, as follows:

12
Plaintiff's Ninth Claim of Relief for intentional infliction of emotional distress in

13
Plaintiff's FAC is hereby dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii), each

14
party to bear their own costs and fees.

15
Plaintiff will limit her claim to the type of emotional distress, mental suffering, grief, and

16
anxiety that an otherwise healthy person could be expected to experience given her

17
circumstances, i.e., will not make a claim of a specific mental or psychiatric injury, and will not

18
offer expert testimony on the subject.

19
Defendant will not pursue a FRCP 35 psychiatric examination of plaintiff.  If defendant

20
nevertheless attempts to offer expert testimony on plaintiff's mental health or psychiatric

//

21
//

22
//

23
//

24
//

25
//

26
//

27

28

2

JOINT STIPULATION OF DISMISSAL OF
PLAINTIFF'S NINTH CLAIM FOR RELIEF
WITH PREJUDICE
[FRCP 41(A)(1)(A)(II)]
4:13-CV-02282-MMC

DB1/ 78024147.1

1   injury, plaintiff may respond in kind.

2           IT IS SO STIPULATED.

3

4   Dated: February 28, 2014              LAW OFFICES OF MATTHEW J. WITTEMAN

5

6                                         By (s) *Matthew Joseph Witteman*
                                                 MATTHEW JOSEPH WITTEMAN
7
                                          Attorneys for Plaintiff
8                                         LUEREAN VAN DE STREEK

9

10  Dated: February 28, 2014              MORGAN, LEWIS & BOCKIUS LLP

11

12                                        By:  /s/ *Katherine H. Dick*
                                                 KATHERINE H. DICK
13
                                          Attorneys for Defendant
14                                        NATIONAL RAILROAD PASSENGER
                                          CORPORATION, dba AMTRAK
15

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

                                               JOINT STIPULATION OF DISMISSAL OF
                                               PLAINTIFF'S NINTH CLAIM FOR RELIEF
                                    3                   WITH PREJUDICE
                                                      [FRCP 41(A)(1)(A)(II)]
                                                        4:13-CV-02282-MMC
    DB1/ 78024147.1

1

## [~~PROPOSED~~] ORDER

2       Pursuant to Plaintiff Luerean Van de Streek's and Defendant National Railroad Passenger

3 Corporation d/b/a Amtrak's (collectively, "the Parties") Joint Stipulation and for GOOD CAUSE

4 appearing, the Joint Stipulation is approved.  The Court hereby orders as follows:

5

6       Plaintiff's Ninth Claim of Relief for intentional infliction of emotional distress in

7 Plaintiff's First Amended Complaint is hereby dismissed with prejudice pursuant to FRCP Rule

8 41(a)(1)(A)(ii), each party to bear their own costs and fees.

9       Plaintiff shall limit her claim to the type of emotional distress, mental suffering, grief, and

10 anxiety that an otherwise healthy person could be expected to experience given her

11 circumstances, i.e., will not make a claim of a specific mental or psychiatric injury, and will not

12 offer expert testimony on the subject.

13

14       Defendant shall not pursue a FRCP 35 psychiatric examination of plaintiff.  If defendant

15 nevertheless attempts to offer expert testimony on plaintiff's mental health or psychiatric

16 injury, plaintiff may respond in kind.

17

18       IT IS SO ORDERED.

19

20 Dated: <u>March 3</u>, 2014

21

22                         By: _____

                                THE HON. MAXINE M. CHESNEY

23                                   UNITED STATES

                              SENIOR DISTRICT COURT JUDGE

24

25

26

27

28

                                          JOINT STIPULATION OF DISMISSAL OF

                                          PLAINTIFF'S NINTH CLAIM FOR RELIEF

4                           WITH PREJUDICE

                                            [FRCP 41(A)(1)(A)(II)]