IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUEREAN VAN DE STREEK, | No. C-13-2282 MMC |
| Plaintiff, | **ORDER DEFERRING RULING ON ADMINISTRATIVE MOTION FOR REFERRAL OF MOTION TO WITHDRAW** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK, | |
| Defendant. / | |

Before the Court is the "Administrative Motion for Referral of Withdrawal Motion to Magistrate," filed March 4, 2014, by which counsel for plaintiff seeks an order referring his Motion to Withdraw to a magistrate judge, to "avoid potential prejudice or the appearance of prejudice to plaintiff before any judicial officer who has or may rule on the merits of this case."

Having read and considered said Administrative Motion, the Court hereby DEFERS ruling thereon, pending the Court's receipt of opposition, if any, to counsel's Motion to Withdraw and any further filing by counsel thereafter in support of his motion for a referral.

**IT IS SO ORDERED.**

Dated: March 14, 2014

MAXINE M. CHESNEY
United States District Judge