1

2

3

4

5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT

9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LUEREAN VAN DE STREEK,                    No. C 13-2282 MMC

12              Plaintiff,                      **ORDER GRANTING MOTION TO
                                               WITHDRAW AS COUNSEL FOR
13      v.                                     PLAINTIFF; VACATING HEARING;
                                               DIRECTIONS TO CLERK; DIRECTIONS
14   NATIONAL RAILROAD PASSENGER               TO PARTIES**
     CORPORATION, dba AMTRAK,
15
                Defendant.
16   _____/

17

18        Before the Court is Matthew J. Witteman's Motion to Withdraw, filed March 4, 2014,

19   by which motion counsel seeks to be relieved as counsel of record for plaintiff Luerean Van

20   de Streek.  Plaintiff has not filed a response; defendant has filed a statement of non-

21   opposition.  Having read and considered the papers filed in support of and in response to

22   the motion, the Court deems the matter suitable for decision thereon, VACATES the

23   hearing scheduled for April 11, 2014 and, good cause appearing, hereby GRANTS the

24   motion.[1]

25        In light of the Court's having granted the instant motion, plaintiff now proceeds pro

26   se, and, accordingly, the Clerk is hereby DIRECTED to amend the docket to include the

27

28        _____

          [1]Counsel's "Administrative Motion for Referral of Withdrawal Motion to Magistrate" is
     hereby DENIED as moot.

United States District Court

For the Northern District of California

following contact information for plaintiff:

> Luerean Van de Streek
> 727 Iberis Way
> Tracy CA  95376

Defendant is hereby DIRECTED to continue to electronically file all documents. Additionally, defendant is hereby DIRECTED to serve on plaintiff at the above-referenced address all documents it files in the future.

Plaintiff is hereby DIRECTED to submit all documents for filing in paper form, specifically by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102, an original document along with a chambers copy of the original document, such copy clearly marked "Chambers Copy." Additionally, plaintiff is hereby DIRECTED to serve counsel for defendant with a copy of any document she files with the Clerk, and to file proof of such service.  See Civil L.R. 5-6(a).[2]

**IT IS SO ORDERED.**

Dated: March 24, 2014

_____
MAXINE M. CHESNEY
United States District Judge

---

[2]Plaintiff is hereby ADVISED to obtain a copy of the Civil Local Rules for the Northern District of California, which Rules are available on the District Court's website, specifically, http://www.cand.uscourts.gov.