IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUEREAN VAN DE STREEK,

    Plaintiff,

  v.

NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK,

    Defendant.

No. C 13-2282 MMC

**ORDER AFFORDING DEFENDANTS OPPORTUNITY TO FILE SUPPLEMENT TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT; SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CONTINUANCE**

    Before the Court are two documents filed by plaintiff on April 21, 2014: (1) a complete copy of plaintiff's opposition to defendant's motion for partial summary judgment, filed with leave of court; and (2) a motion for "continuance of case." Having read and considered the above-referenced filings, the Court rules as follows:

    1. No later than May 2, 2014, defendant shall file any supplement to its reply to plaintiff's opposition, such supplement not to exceed five pages in length and limited to matters raised in the pages previously missing from the filed copy of plaintiff's opposition.

    2. The hearing on defendant's motion for partial summary judgment is hereby CONTINUED from May 2, 2014 to May 16, 2014, at 9:00 a.m., Courtroom 7.

    3. No later than May 2, 2014, defendant shall file its response to plaintiff's motion for a continuance of the case. As of May 2, 2014, unless the parties are otherwise advised, the Court will take the motion for a continuance under submission.

    **IT IS SO ORDERED.**

Dated: April 22, 2014

                                  MAXINE M. CHESNEY
                                  United States District Judge