IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUEREAN VAN DE STREEK, | No. C 13-2282 MMC |
| Plaintiff, | **ORDER VACATING MAY 16, 2014 HEARING** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK, | |
| Defendant. | |

Before the Court is defendant National Railroad Passenger Corporation's "Motion for Partial Summary Judgment/Adjudication," filed March 28, 2014. Plaintiff Luerean Van de Streek has filed opposition, to which defendant has replied. Additionally, with leave of court, defendant has filed a supplemental reply, to which plaintiff has responded. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and VACATES the hearing scheduled for May 16, 2014.

**IT IS SO ORDERED.**

Dated: May 13, 2014

MAXINE M. CHESNEY
United States District Judge