1  LUEREAN VAN de STREEK
   727 Iberis Way
2  Tracy CA 95376
   Tel:    209-346-3464
3  E-mail: luereanv@hotmail.com

4  Plaintiff, in *pro se*

7  MORGAN, LEWIS & BOCKIUS LLP
   ROBERT JON HENDRICKS (SBN 179751)
8  KATHERINE H. DICK (SBN 273688)
   One Market Street, Spear Street Tower
9  San Francisco, CA 94105
   Tel:    415.442.1000
10 Fax:    415.442.1001
   E-mail: rhendricks@morganlewis.com
11 E-mail: kdick@morganlewis.com

12 Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
13 CORPORATION d/b/a AMTRAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUEREAN VAN de STREEK,<br><br>             Plaintiff,<br><br>      vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK, and DOES 1-50<br><br>             Defendants. | Case No. 3:13-CV-02282-MMC-EDL<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>FRCP 41(A)<br><br>**Complaint Filed:** May 20, 2013<br>**Trial:** February 9, 2015 |

STIPULATION REGARDING DISMISSAL

1

DB1/ 79345039.1

4:13-CV-02282-MMC-EDL

**TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES:**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Luerean Van de Streek stipulates and requests that the above-captioned action filed with this this Court on May 20, 2013 against Defendant National Railroad Passenger Corporation, dba Amtrak, be dismissed with prejudice entirely. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced lawsuit.

IT IS SO STIPULATED.

Dated: June 17, 2014

By _/s/ Luerean Van de Streek_
LUEREAN VAN DE STREEK

LUEREAN VAN DE STREEK

Dated: June 17, 2014

MORGAN, LEWIS & BOCKIUS LLP

By:_/s/ Katherine H. Dick_
KATHERINE H. DICK

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK

DB1/ 79345039.1

2

STIPULATION REGARDING DISMISSAL
4:13-CV-02282-MMC-EDL

# [~~PROPOSED~~] ORDER

Good cause appearing, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the above-captioned action by Plaintiff Luerean Van de Streek (Case No. C13-2282) against Defendant National Railroad Passenger Corporation dba Amtrak, be, and hereby is, dismissed with prejudice. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced Lawsuit.

IT IS SO ORDERED.

Dated: June 30, 2014

By: 
THE HON. MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE